## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PNC BANK, N.A.,

    Plaintiff,

v.                                                                                               Case No: 8:13-cv-2461-T-30MAP

DISPUTESUITE.COM, LLC, MICHAEL
CITRON and PASCO COUNTY,

    Defendants.
_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #36). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #36) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's motion for entry of amended or deficiency judgment and motion to compel fact information sheet in compliance with judgment (Dkt. #31) is GRANTED.

3. A deficiency judgment is hereby entered in Plaintiff's favor and against Defendants in the amount of $410,171.89, plus interest accruing on this amount at the statutory rate from April 30, 2016 (the day after Plaintiff filed its motion), through the date of the deficiency judgment.

4. Defendants are directed to provide Plaintiff with a fact information sheet in compliance with paragraph 16 of the stipulated and agreed final judgment (Dkt. #30).

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of October, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record